IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Nazim ALLIE <br> (A 075 561 721) <br><br> *Plaintiff*, <br><br> v. <br><br> Michael CHERTOFF in his official capacity as Secretary of the United States Department of Homeland Security, <br><br> Alberto GONZALES in his official capacity as Attorney General of the United States, <br><br> Dr. Emilio GONZALEZ in his official capacity as Director of the United States Department of Homeland Security, U.S. Citizenship & Immigration Service, <br><br> Donald MONICA in his official capacity as Director of the U.S. Department of Homeland Security, U.S. Citizenship & Immigration Service, Philadelphia District Office, <br><br> Robert S. MUELLER III in his official Capacity as Director of the Federal Bureau of Investigations, and <br><br> THE UNITED STATES OF AMERICA, <br><br> *Defendants*. | Civil Action <br><br> Case No. 07-534 |

**PLAINTIFF'S ORIGINAL PETITION FOR HEARING ON NATURALIZATION APPLICATION AND COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS**

Comes now Mr. Nazim Allie, Plaintiff in the above-styled and numbered case and for cause of action would show unto the Court the following:

1

1. The Plaintiff petitions the Federal District Court for a hearing on his naturalization application which has been pending longer than 120 days since examination, under 8 U.S.C. §1447(b). In the alternative, the Plaintiff brings action against the Defendants to compel action on his application for naturalization, in the form of a Writ of Mandamus by this Court. The application was filed and remains within the jurisdiction of the Defendants, who have improperly withheld action on said application to Plaintiff's detriment.

2. The plaintiff has been a Lawful Permanent Resident of the United States for more than the statutorily required time periods, and has had a Naturalization Application pending with the U.S. Department of Homeland Security for more than 120 days past his interview. Mr. Nazim Allie filed his N-400 on January 27, 2004 and was interviewed on October 27, 2004. To date, the Defendants have refused to make a decision on Mr. Allie's N-400 application, to the Plaintiff's detriment. The USCIS has stated to the Plaintiff that they cannot adjudicate the case because they are awaiting the results of background checks that are performed by outside agencies. However, Plaintiff timely submitted fingerprints to the Defendants two times, and there is no legitimate explanation for the Defendants' almost three year delay in processing the Plaintiff's fingerprint and background checks and administering his naturalization oath.

3. Mr. Allie's spouse Shyanaz Allie and his older daughter filed their N-400s on the same date as Mr. Allie and both women have since naturalized. Mrs. Shynaz Allie naturalized on December 21, 2004. Mr. Allie's youngest daughter Y. A., a minor at the time, became a citizen through her mother, Shynaz Allie on December 21, 2004. Mr. Allie's older daughter, M. A. was naturalized on March 3, 2006.

**JURISDICTION**

4. This is a civil action brought pursuant to 8 U.S.C. §1447(b), 28 U.S.C. §§1331 & 1361 ("the Mandamus Act"), 5 U.S.C. §551 *et seq.* and §701 *et seq.* (the Administrative Procedures Act, "APA"), and 28 U.S.C. §2201 *et seq.* (authorizing a declaratory judgment). Relief is requested pursuant to said statutes.

5. 8 U.S.C. §1447(b) specifically grants the Federal District Court jurisdiction over Naturalization applications that remain pending 120 days or longer past the interview date. "If there is a failure to make a determination under section 1446 of this title before the end of the 120-day period after the date on which the examination is conducted under such section, the applicant may apply to the United States District Court for the district in which the applicant resides for a hearing on the matter. Such court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions, to the

Service to determine the matter."

6. Relief is requested pursuant to the above statutes. Costs and attorneys fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504, and 28 U.S.C. §2412(d), et seq.

## PARTIES

7. Plaintiff Mr. Nazim Allie is a citizen of South Africa and has been a Lawful Permanent Resident of the United States since November 10, 1998. He is a successful Consulting Manager. He resides with his United States Citizen wife, Mrs. Shyanaz Allie at their home on 3 Hidden Oaks Blvd. Wilmington, Delaware 19808. Mr. Allie's younger daughter, Y.A. is a student at AI DuPont High School in Wilmington, Delaware. His older daughter M.A. is a student at the University of Delaware in Newark, Delaware.

8. Defendant Michael Chertoff is Secretary of the U.S. Department of Homeland Security ("DHS"), and this action is brought against him in his official capacity. The U.S. Citizenship & Immigration Service ("USCIS") is an agency of DHS. His agency is generally charged by law with the obligation of adjudicating applications for naturalization such as that filed by Plaintiff. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the USCIS. 8 U.S.C. §1103(a). The USCIS is an agency within the Department of Homeland Security to whom the Secretary's authority has in part been delegated, and is subject to the Secretary's supervision.

9. Defendant Alberto Gonzales is Attorney General of the United States, and this action is brought against him in his official capacity. The Attorney General is generally charged with overseeing the U.S. Department of Justice, who performs the background checks at issue in this litigation. The Attorney General has the authority to naturalize persons as citizens of the United States. 8 U.S.C. §1421(a). The Attorney General is also ultimately responsible for the Federal Bureau of Investigations ("FBI"), a subdivision of the Department of Justice. The Attorney General and the U.S. Department of Just have an affirmative duty to complete the necessary fingerprint and background checks in a timely manner.

10. Defendant Dr. Emilio Gonzales is the Director of the U.S. Citizenship & Immigration Services, and this action is brought against him in his official capacity. Dr. Gonzales is generally charged with supervisory authority over all operations within the USCIS with certain specific exceptions not relevant here. 8 C.F.R. §103.1(g)(2)(ii)(B). As will be shown, Defendant Director is the official with whom Plaintiffs' application for Naturalization was properly filed.

3

11. Defendant Donald Monica, is the District Director of the USCIS District Office in Philadelphia, located at 1600 Callowhill Street., Philadelphia, Pennsylvania, which processed the Plaintiff's Application for Naturalization and where he was interviewed. Mr. Monica is generally charged with supervisory authority over all operations of the USCIS within his District with certain exceptions not relevant here. 8 C.F.R. §103.1(g)(2)(ii)(B). He has an affirmative duty to administer the immigration laws in a timely manner. Mr. Monica is being sued here in his official capacity.

12. Defendant Robert S. Mueller III is the Director of the Federal Bureau of Investigation ("FBI"). The FBI is an agency within the United States Department of Justice whose mission is to enforce criminal laws and defend the United States against terrorist and foreign intelligence threats. Upon the request of USCIS, the FBI performs "name checks" and other background checks of all applicants for naturalization. Director Mueller is being sued here in his official capacity.

13. Defendant the United States of America is responsible for the agencies, named and un-named, who process the fingerprint and background checks necessary for the timely processing of the Plaintiffs' Applications for Naturalization.

## VENUE

14. Venue is proper in the District of Delaware pursuant to 28 U.S.C. §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where the plaintiff resides and no real property is involved in the action. Plaintiff, Mr. Nazim Allie resides in the District of Delaware.

## EXHAUSTION OF REMEDIES

15. Plaintiff has no administrative remedies. Plaintiff is not required under 8 U.S.C. §1447(b) to exhaust any administrative remedies. Plaintiff has made numerous inquiries concerning the status of the application to no avail. There exists no formal process for having the naturalization application adjudicated when pending security checks. Plaintiff have has to ascertain the nature of the delays in his case, and have been informed that the security checks are still pending. There is no method by which Plaintiff can seek a remedy of this situation, save for filing suit for action under 8 U.S.C. §1447(b) or a Writ of Mandamus from this Court.

## CAUSE OF ACTION

16. Plaintiff Mr. Nazim Allie has been a U.S. Lawful Permanent Resident since November 10, 1998. He submitted his N-400 Application for Naturalization to the U.S. Citizenship & Immigration Service on or about January 27, 2004. On

4

October 27, 2004, Mr. Allie attended the interview for his N-400 application in Philadelphia, Pennsylvania. He was interviewed by Officer Melvin Roby. At the conclusion of the interview, the interviewing officer noted that Mr. Allie passed the tests, and stated that he would be scheduled for an oath ceremony.

17. Since Mr. Allie had his N-400 interview he has made a number of inquiries regarding the status of his application by mail and through the USCIS Customer Service Number. He wrote a letter to USCIS in May of 2005 and received a letter dated June 9, 2005 stating that his case was pending final background checks. His wife, Shynaz Allie wrote a letter to Senator Carper's office and received a response on December 21, 2005 also stating his case was pending final background checks. Mr. Allie wrote a letter to USCIS on May 26, 2006 but never received a response. Our office sent an email to USCIS on October 26, 2006 and received a response on November 2, 2006 that background checks were pending. On January 27, 2007 Mr. Allie was scheduled to have his biometrics taken again in Dover, Delaware. We sent a letter to USCIS on June 1, 2007 and to date have not received a response.

18. Now, almost three years after Mr. Allie's interview, Defendants have still not processed the Plaintiff's background checks, fingerprints, and Application for Naturalization.

19. Plaintiff asserts that the Defendant has no legal basis for failing to proceed with the case. Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have delayed in, and have refused to, adjudicate Plaintiff's application for more than 2 years and more than 10 months, respectively, since his interview, thereby violating 8 U.S.C. §1447(b) and depriving him of the right to a decision on his status and the peace of mind to which Plaintiff is entitled.

20. Plaintiff has been greatly damaged and will suffer irreparable harm through the Defendants' protracted and unconscionable delay in adjudicating the Plaintiff's N-400 applications and background/fingerprint checks in accordance with their duties under law. Plaintiff has been deprived of the substantial and unique benefits of U.S. citizenship, including enhanced protection of the laws of the United States, the right to enter and remain in the United States, and freedom of movement and travel, the right to vote, and, most importantly, the right to petition for parents as "immediate relatives" for which an immigrant visa is immediately available pursuant to INA § 204(a)(1)(A)(ii), 8 U.S.C. §1154(a)(1)(A)(ii).

21. Plaintiff has made numerous status inquiries in an attempt to secure adjudication of his application, all to no avail. Accordingly, Plaintiff has been forced to retain the services of an attorney to pursue the instant action.

## PRAYER

22. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, this Honorable Court enter an order granting a hearing at which Plaintiff can have the Oath of Allegiance administered and or entered naturalizing them as United States Citizens.

23. In the alternative, Plaintiff respectfully prays that this Honorable Court issue a Writ of Mandamus requiring Defendants to perform their duty to schedule the administration of the Oath of Allegiance by to order the Defendants to take all appropriate action to execute and process Plaintiff's N-400 Application for Naturalization and order the District Director of the USCIS Philadelphia District Office to immediately issue all appropriate documents to administer the oath of naturalization to grant plaintiff U.S. citizenship.

24. Plaintiff also respectfully prays that this Honorable Court will grant such other relief as may be proper under the circumstances, and grant attorneys fees and costs of court.

25. Plaintiffs further respectfully prays that if the USCIS' decision is adverse to him, that the decision include justification and explanation to preclude the sense of retaliation for having brought this lawsuit or for having exposed the District Director's inefficiency to the senior officers of the district, region and central offices of the USCIS and DHS.

Respectfully submitted,

9/6/07
Date

Kevin Grubb, Esq.
DE Bar ID 4409
Hogan & Vandenberg, LLC
4 E. 8th Street, Suite 302
Wilmington, DE 19801
PH 302-225-2734

Counsel for Plaintiff

# EXHIBITS

Exhibit A: USCIS Receipt for N-400 Application received on January 27, 2004;

Exhibit B: Naturalization Interview Results indicating that Mr. Allie's application was recommended for approval and that he passed the tests of English and US history & government;

Exhibit C: USCIS response to a letter written by Mr. Allie regarding the status of his case dated 6/9/2005;

Exhibit D: Letter from Senator Thomas Carper dated December 21, 2005 indicating that background checks are                                are pending;

Exhibit E: Letter dated May 22, 2006 written by Mr. Allie to Donald Monica, District Director, Philadelphia District Office;

Exhibit F: Email written by Nina Qureshi-Iqbal to USCIS Philadelphia regarding Mr. Allie's case on October 26, 2006 and response dated November 2, 2006;

Exhibit G: Appointment notice issued to Mr. Allie for fingerprinting on January 27, 2007.

Department of Homeland Security
U.S. Citizenship and Immigration Services



97C, Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt | | | | NOTICE DATE<br>February 25, 2004 |
|---|---|---|---|---|
| CASE TYPE<br>N400   Application For Naturalization | | | | INS A#<br>A 075 561 721 |
| APPLICATION NUMBER<br>ESC*001157582 | RECEIVED DATE<br>January 27, 2004 | PRIORITY DATE<br>January 27, 2004 | | PAGE<br>1 of 1 |
| APPLICANT NAME AND MAILING ADDRESS<br>NAZIM ALLIE<br>3 HIDDEN OAKS BLVD<br>WILMINGTON DE 19808 | | PAYMENT INFORMATION:<br>Single Application Fee:         $310.00<br>Total Amount Received:      $310.00<br>Total Balance Due:                $0.00 | | |

ullldidulllulul

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:            August 24, 1960
Address Where You Live:   3 HIDDEN OAKS BLVD
                          WILMINGTON DE 19808

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

---

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



U.S. Department of Justice  
Immigration and Naturalization Service

**Naturalization Interview Results**

A#: <u>A 075 561 721</u>

On ___/_____, you were interviewed by INS officer <u>MELVIN ROBY</u>.

- ☑ You passed the tests of English and U.S. history and government.
- ☐ You passed the test of U.S. history and government and the English language requirement was waived.
- ☐ The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

- ☐ You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ write English.
- ☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

- ☐ Please follow the instructions on the Form N-14.
- ☐ INS will send you a written decision about your application.

- ☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

A) ✓ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) _____ **A decision cannot yet be made about your application.**

**It is very important that you:**
- ✓ Notify INS if you change your address.
- ✓ Come to any scheduled interview.
- ✓ Submit all requested documents.
- ✓ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
- ✓ Go to any oath ceremony that you are scheduled to attend.
- ✓ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

N-652 (Rev. 12/7/99) Y



# U.S. Citizenship and Immigration Services

USCIS
Philadelphia District Office
1600 Callowhill St
Philadelphia PA 19130

Name: Nazim Allie
3 Hidden Oaks Blvd.
Wilmington, DE. 19808

Date: 6-9-05
A#: 075561721

The Service acknowledges your recent inquiry/voice mail message/**correspondence** regarding your pending application for naturalization.

- ☐ Your case is pending and you will receive written notification of further activity as your case progresses through the naturalization process.

- ☐ Your case will be completed in the chronological order of cases similar to yours. You will be notified by mail, of any action taken on your case.

- ☐ Your request for emergent processing is granted. You will be advised of the decision or the date of your interview within ten days from the date of this letter.

- ☐ At your request, your new address has been updated, and your file has been forwarded to the USCIS office at _____. Please direct any future inquiries or correspondence to that office.

- ☐ We have requested your file from the USCIS Office at _____. Most file transfers are completed within 90 days. Written notification will be sent to you within 60 days after your file arrives at this office.

- ☐ Your request for another interview or oath ceremony date is granted. You will receive notice by mail as soon as the scheduling takes place.

- ☐ It has been determined that you need to be scheduled for fingerprinting or further interview. You will receive written notification within 60 days from the date of this letter.

- ☑ Your case is pending final background checks, which are processed outside of this office. These final checks can delay your case for an undetermined amount of time. Written notification will be sent to you within 30 days after all processing is complete.

- ☐ Other _____

We are committed to significantly improving customer service by eliminating the backlogs of all our pending cases and decreasing the processing times. Thank you for your patience.

Sincerely,

Donald J. Monica
District Director

THOMAS R. CARPER
DELAWARE



# United States Senate

WASHINGTON, DC 20510–0803

December 21, 2005

Ms. Shyanaz Allie
3 Hidden Oaks Boulevard
Wilmington, Delaware  19808

Dear Ms. Allie:

    Thank you for contacting me to request the status of a U.S. Citizenship and Immigration Services (CIS) petition on behalf of your spouse.

    Ms. Marjorie Biles, a member of my staff, contacted the CIS on your behalf. The CIS informed Ms. Biles that the case for Mr. Nazim Allie is currently pending background clearance. According to the CIS, this process involves several agencies and it could take quite some time before a decision is rendered.

    I hope you find this information helpful in understanding why a decision has not yet been provided. Please do not hesitate to contact me regarding future federal issues of concern to you. Again, thank you.

Sincerely,

Thomas R. Carper
United States Senator




**To**

District Director: Donald Monica
Philadelphia District Office
1600 Callowhill Street
Philadelphia, PA 19130
Fax # 215-656-7191
Date: May 22nd 2006

**Alien # : A075 561 721      Case # : ESC*001157582**

Dear Sir,

I had my citizenship interview on October 27, 2004 and have had no correspondence advising me on my Oath ceremony date since then. I passed my citizenship interview and the officer, Melvin Roby, said that all my papers are cleared and I should obtain my oath ceremony letter in a few weeks.

Can you please advise when I am scheduled to undertake my Oath ceremony ? I do appreciate your response. My contact information is stated below.

Thank you for your time and effort,

Respectfully yours,

*[signature]*

Nazim Allie

3 Hidden Oaks Blvd
Wilmington, DE 19808

Home Phone:
Email:
Fax #



Nina Qureshi-Iqbal <ninagq11@gmail.com>

# [Fwd: RE: Status Request] Allie, Nazim
1 message

**Nina Qureshi-Iqbal**                                              Tue, Feb 20, 2007 at 11:42 PM
To:

Nina Qureshi-Iqbal, Esq.
Hogan & Vandenberg, LLC
4 East 8th Street
Towne Center Building
Wilmington, Delaware 19801
1 888 338 6311
302-345-9383
www.HVimmigrationlaw.com


-------------------------- Original Message --------------------------
Subject: RE: Status Request
From:    "Klapakis, Evangelia A"
Date:    Thu, November 2, 2006 1:52 pm
To:      "Nina Qureshi-Iqbal"
----------------------------------------------------------------------

Mr. Allie is still pending name check clearances. I am unable to tell you
when his clearances will be completed. It is not unusual for one or more
family members to clear ahead of each another. For, clearances are done on
the individual and not the family unit.

-----Original Message-----
From: Nina Qureshi-Iqbal [mailto:nina@hvimmigrationlaw.com]
Sent: Thursday, October 26, 2006 4:22 PM
To: Klapakis, Evangelia A
Subject: Status Request

Ms. Klapakis,

I have a client who filed an N-400, passed his exams, etc. and is now just
waiting to be scheduled for an oath ceremony. He took his exam on Oct. 27
in 2004. They have contacted their Senator's office and USCIS but have
not been told anything else other than he is pending background checks. So
far the wife and two children have been granted citizenship without any
problem.

Could you let me know what the status of this case is? I am trying to
decide how to proceed. My client's info is as follows:

Nazim Allie #A075 561 721
EAC# 001157582


Regards,

F

Nina Qureshi-Iqbal
Hogan & Vandenberg, LLC
4 East 8th Street
Towne Center Building
Wilmington, Delaware 19801
1 888 338 6311
302-345-9383
www.HVimmigrationlaw.com

Department of Homeland Security 
U.S. Citizenship and Immigration Services

I-797, Notice of Action

# THE UNITED STATES OF AMERICA

| **ASC Appointment Notice** | APPLICATION NUMBER ESC*001157582 | | NOTICE DATE 1/4/2007 |
|---|---|---|---|
| CASE TYPE N400 Application for Naturalization | SOCIAL SECURITY NUMBER | USCIS A# A075561721 | CODE 3 |
| | | SERVICE CENTER ESC | PAGE 1 of 1 |

NAZIM ALLIE
3 HIDDEN OAKS BLVD
WILMINGTON, DE 19808

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER USCIS DOVER 655 SOUTH BAY ROAD DOVER, DE 19901 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. DATE AND TIME OF APPOINTMENT 01/27/2007 1:00 PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon  ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the orginal with your request to USCIS DOVER, 655 SOUTH BAY ROAD, DOVER, DE 19901

APPLICATION NUMBER I
N400    -  ESC*001157582

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

JS 44 (Rev. 11/04)   **CIVIL COVER SHEET**   07-534

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff __New Castle__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number) - 302-225-2734
Kevin Grubb  Hogan & Vandenberg  4 E. 8th St, Wilmington DE, 19801

Attorneys (If Known)
Unknown

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
8 USC §1447(b), 28 USC §1331 + §1361, 28 USC § 2201
Brief description of cause:
Plaintiff's Naturalization Application has been pending since Jan 04

### VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

### VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 9/6/07
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

HOGAN VANDENBERG  NO SI - May NTC ISS  Receipt # 148798

2007 SEP -6 PM 2:05
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE



AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____07-534_____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____7____ COPIES OF AO FORM 85.

____9/6/07____            _____
(Date forms issued)       (Signature of Party or their Representative)

_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action