UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| Nazim ALLIE, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | COMPLAINT FOR MANDAMUS |
| | ) | UNDER 28 U.S.C. §1361 |
| Michael CHERTOFF, et al | ) | |
| | ) | NO. A 075 561 721 |
| | ) | Civil # 07-534 |
| Defendants. | | |

NOTICE OF VOLUNTARY DISMISSAL

    Mr. Nazim Allie hereby agrees to dismiss without prejudice the Complaint filed in the above referenced matter.  It is hereby agreed that this matter be voluntarily dismissed at this time with each side to bear its own fees and costs.


/s/Kevin H. Grubb  
Kevin H. Grubb, Esq.  
Attorney I.D. No. 4409  
4 East 8th Street, Suite 302  
Wilmington, DE 19801  
Attorney for Plaintiff  

COLM F. CONNOLLY  
United States Attorney  

Ellen Slights  
By: /s/ Ellen Slights  
Assistant United States Attorney  
The Nemours Building  
1007 Orange Street, Suite 700  
Wilmington, DE  19801

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| Nazim ALLIE, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | COMPLAINT FOR MANDAMUS |
| | ) | UNDER 28 U.S.C. §1361 |
| Michael CHERTOFF, et al | ) | |
| | ) | NO. A 075 561 721 |
| | ) | Civil# 07-534 |
| Defendants. | | |

ORDER OF DISMISSAL

On this day came to be considered the Notice of Voluntary Dismissal filed by Plaintiff in the above-styled and numbered case. This Court accepts the Notice of Voluntary Dismissal and finds that the case should be dismissed without prejudice. The Court further finds that the parties shall be responsible for their own costs and attorneys' fees incurred herein.

It is therefore ORDERED that this case is hereby DISMISSED WITHOUT PREJUDICE. It is further ORDERED that each party shall be responsible for its own costs and attorneys' fees associated with this litigation.

SIGNED AND ENTERED this _____ day of _____, 2007.

_____
Federal Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| Nazim ALLIE, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | COMPLAINT FOR MANDAMUS |
| ) | UNDER 28 U.S.C. §1361 |
| Michael CHERTOFF, et al ) | |
| ) | NO. A 075 561 721 |
| ) | Civil# 07-534 |
| Defendants. | |

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 17th day of December 2007, I caused to be served The Notice of Voluntary Dismissal to the person at the address set forth below, via U.S. mail. This document has also been filed and served electronically and is available for viewing and downloading from the ECF system.

Ms. Ellen Slights
Assistant U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, De 19801


/s/ Kevin H. Grubb
Kevin H. Grubb, Esq
Attorney I.D. No. 4409
4 East 8th Street , Suite 302
Wilmington, DE 19801

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| Nazim ALLIE, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | COMPLAINT FOR MANDAMUS |
| | ) | UNDER 28 U.S.C. §1361 |
| Michael CHERTOFF, et al | ) | |
| | ) | NO. A 075 561 721 |
| | ) | Civil# 07-534 |
| Defendants. | | |

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 17th day of December 2007, I caused to be served
The Notice of Voluntary Dismissal to the person at the address set forth below, via U.S. mail. This document has also been filed and served electronically and is available for viewing and downloading from the ECF system.

Ms. Ellen Slights
Assistant U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, De  19801


/s/ Kevin H. Grubb
Kevin H. Grubb, Esq
Attorney I.D. No. 4409
4 East 8th Street , Suite 302
Wilmington, DE 19801

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| Nazim ALLIE, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | COMPLAINT FOR MANDAMUS |
| | ) | UNDER 28 U.S.C. §1361 |
| Michael CHERTOFF, et al | ) | |
| | ) | NO. A 075 561 721 |
| | ) | Civil# 07-534 |
| Defendants. | | |

ORDER OF DISMISSAL

On this day came to be considered the Notice of Voluntary Dismissal filed by Plaintiff in the above-styled and numbered case. This Court accepts the Notice of Voluntary Dismissal and finds that the case should be dismissed without prejudice. The Court further finds
that the parties shall be responsible for their own costs and attorneys' fees incurred herein.

It is therefore ORDERED that this case is hereby DISMISSED WITHOUT PREJUDICE. It is further ORDERED that each party shall be responsible for its own costs and attorneys' fees associated with this litigation.

SIGNED AND ENTERED this _____ day of _____, 2007.

_____
Federal Judge